**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 19 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 18-10185 |
| Plaintiff-Appellee, | D.C. No. 2:17-cr-00312-KJD |
| v. | |
| HECTOR DELGADO-ZUNIGA, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Nevada
Kent J. Dawson, District Judge, Presiding

Submitted December 17, 2018[**]

Before:    WALLACE, SILVERMAN, and McKEOWN, Circuit Judges.

Hector Delgado-Zuniga appeals from the district court's judgment and

challenges the 41-month sentence imposed following his guilty-plea conviction for

being a deported alien found unlawfully in the United States, in violation of 8

U.S.C. § 1326.  We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Delgado-Zuniga argues that his within-Guidelines sentence is substantively unreasonable because his personal circumstances warranted a below-Guidelines sentence and his 2003 felony conviction, which triggered an enhancement under U.S.S.G. § 2L1.2(b)(2)(B), was so stale as to render the Guidelines range unreasonable. The district court did not abuse its discretion. *See Gall v. United States*, 552 U.S. 38, 51 (2007). The court explicitly considered Delgado-Zuniga's mitigating arguments and imposed a within-Guidelines sentence that – unlike the sentence in *United States v. Amezcua-Vasquez,* 567 F.3d 1050 (9th Cir. 2009) – properly reflects the 18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances, including Delgado-Zuniga's numerous prior removals from the United States and his failure to be deterred by a lengthy prior sentence for illegal reentry. *See Gall*, 552 U.S. at 51.

**AFFIRMED.**